B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–10649**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Louis Kats | Cynthia Marie Kats |
| 5906 110th Street | fka Cynthia Marie Rovella |
| Chicago Ridge, IL 60415 | 5906 110th Street |
| | Chicago Ridge, IL 60415 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–9267                                    xxx–xx–4231

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                            FOR THE COURT

Dated: September 21, 2015            Jeffrey P. Allsteadt, Clerk
                                            United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Brian Louis Kats
Cynthia Marie Kats
    Debtors

Case No. 14-10649-CAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley             Page 1 of 2            Date Rcvd: Sep 21, 2015
                              Form ID: b18w            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2015.
```
db/jdb         +Brian Louis Kats,    Cynthia Marie Kats,    5906 110th Street,    Chicago Ridge, IL 60415-2219
22084715        BMO Harris Bank N.A,    Attn Retail Collections BRK 180 RC,    770 N. Water St.,
                 Milwaukee, WI 53202-3593
21700514       +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
21700513       +Bmo Harris Bank,    Harris N.A. - Bankruptcy Dept.-Brk-1,    770 N Water Street,
                 Milwaukee, WI 53202-0002
21700517       +Care One,    PO BOX 129,    Columbia, MD 21045-0129
21700520        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21700521       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21700522       +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,    PO Box 3228,
                 Naperville, IL 60566-3228
21700523       +Ge Capital,    C/O United Portfolio,    1942 Lexington, Ste 1,    Saint Paul, MN 55113-6401
21700526       +Harris Bank,    1050 Maple Avenue,    Lisle, IL 60532-2329
21700528       +Shadow Lakes II,    24727 Amenity Center Dr,    Wilmington, IL 60481-8553
21700529       +Standard Bank,    1396 Heritage Drive,    Morris, IL 60450-1614
21700530       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21700531       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
21700532       +Will County Treasurer,    Will County Office Building,    302 N. Chicago Street,
                 Joliet, IL 60432-4078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22169727       +E-mail/Text: bncmail@w-legal.com Sep 22 2015 01:49:12      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21700519        EDI: CITICORP.COM Sep 22 2015 01:18:00      Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
22224827        EDI: BL-BECKET.COM Sep 22 2015 01:19:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
21700515       +EDI: AIS.COM Sep 22 2015 01:19:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
21700516       +EDI: CAPITALONE.COM Sep 22 2015 01:18:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
22009153       +E-mail/Text: bankruptcy@cavps.com Sep 22 2015 01:49:35      Cavalry SPV I, LLC,
                 (GE Retail Bk / Care Credit Dental,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
21700518       +EDI: CHASE.COM Sep 22 2015 01:18:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
21700524       +EDI: RMSC.COM Sep 22 2015 01:19:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                 Fifth Floor,    Stamford, CT 06905-5125
21700525       +EDI: RMSC.COM Sep 22 2015 01:19:00      GE Money Bank Care Card,    Po Box 960061,
                 Orlando, FL 32896-0061
21700527       +EDI: CBSKOHLS.COM Sep 22 2015 01:18:00      Kohls Credit,    N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
22266654       +E-mail/Text: james.carroll@standardbanks.com Sep 22 2015 01:48:10
                 Standard Bank and Trust Company,    7800 W. 95th Street,    Hickory Hills, IL 60457-2298
22266900       +E-mail/Text: james.carroll@standardbanks.com Sep 22 2015 01:48:10
                 Standard Bank and Trust Company,    7800 W. 95th Street, #2E,    Hickory Hills, IL 60457-2298
21888377       +EDI: WFFC.COM Sep 22 2015 01:18:00      Wells Fargo Bank, N.A.,    Attention: Bankruptcy Dept,
                 Mac# D3347-014,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22018935*      +Harris Bank,    1050 Maple Avenue,    Lisle, Il 60532-2329
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Sep 21, 2015
                              Form ID: b18w             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2015 at the address(es) listed below:

          Charles L. Magerski    on behalf of Joint Debtor Cynthia Marie Kats Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
          Charles L. Magerski    on behalf of Debtor Brian Louis Kats Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Jonathan D Nusgart    on behalf of Creditor    Wells Fargo Bank, N.A. nusgart@lawyer.com,
           nusgart@lawyer.com
          Nathan C Volheim    on behalf of Debtor Brian Louis Kats courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nathan C Volheim    on behalf of Joint Debtor Cynthia Marie Kats courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
           bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven C Lindberg    on behalf of Creditor    Wells Fargo Bank, N.A. bankruptcy@fallaw.com
          Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com

                                                                                                 TOTAL: 9